■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT LOUIS LOZZI, Appellant.— Motion for leave to appeal as a poor person will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. Motion for assignment of counsel granted. David Klibanow, Esq., 271 North Avenue, New Rochelle, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO MEROLLA, Appellant.— Motion by the Waterfront Commission of New York Harbor for permission to file a brief *amicus curiæ* granted. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARVEY BISTANY, Appellant, against WARDEN OF CITY PRISON, BROOKLYN, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARVEY BISTANY, Appellant, against WARDEN OF CITY PRISON, BROOKLYN, Respondent.— Motion to stay execution of order dismissing [a] writs of habeas corpus pending appeal granted on condition: (1) that appellant remain in the custody of the Warden of the City Prison; and (2) that appellant be ready to argue or submit the appeal at the June 1960 Term, beginning May 23, 1960, for which term the appeal is ordered to be placed on the calendar. On the court's own motion, the appeal will be heard on the original papers (including the typed minutes) and on the typewritten briefs of the parties. The parties are directed to file five copies of their brief and to serve one copy on the attorney for the adverse party. The appellant's brief must be served and filed on or before May 19, 1960. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY POTESTIO and SALVATORE GILBERTI, Relators, against WARDEN (SHERIFF), NASSAU COUNTY JAIL, Respondent.— Writ sustained to the extent of reducing the bail for each relator to $5,000 insofar as the Nassau County charges are concerned, and relators remanded to the custody of the Sheriff of Nassau County. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ LAWRENCE L. RICHMOND, Appellant, v. MURIEL RICHMOND, Respondent.— Motion for a stay denied, without costs. Beldock, Acting P. J., Kleinfeld, Christ and Pette, JJ., concur; Brennan J., not voting.

■ THOMAS W. ROYCE, Appellant, v. DAVID PIERCE et al., Respondents.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Beldock, Acting P. J., Kleinfeld, Christ and Brennan, JJ., concur; Pette, J., not voting.

■ EDNA SABLE, Respondent, v. MARION WALKER, Appellant.— Motion to vacate stay denied, without costs. (Civ. Prac. Act, § 564.) Beldock, Acting P. J., Kleinfeld, Christ and Brennan, JJ., concur; Pette, J., not voting.

■ IRVING SABLE, Respondent, v. MARION WALKER, Appellant.— Motion to expunge record on appeal and the decision handed down October 13, 1959 (9 A D 2d 686) denied, without costs. Beldock, Acting P. J., Kleinfeld, Christ and Brennan, JJ., concur; Pette, J., not voting.

■ SALZMAN SIGN CO., INC., Appellant, v. IRVING BECK, Respondent.— Motion for leave to appeal to the Appellate Division granted. Beldock, Acting P. J., Kleinfeld, Christ and Brennan, JJ., concur; Pette, J., not voting.